VISION DATA, INC., Appellant,

v.

Dustin BARLOW, Respondent.

No. WD 61052.

Missouri Court of Appeals,
Western District.

April 29, 2003.

John K. Allinder, Independence, for appellant.

Denise M. Anderson, Kansas City, for respondent.

Before HOWARD, P.J.,
LOWENSTEIN and HARDWICK, JJ.

### ORDER

PER CURIAM.

Vision Data, Inc. appeals from a judgment denying its breach of contract claim against Dustin Barlow. For reasons stated in the Memorandum provided to the parties, we affirm. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Troy M. NUNLEY, Appellant.

No. WD 60657.

Missouri Court of Appeals,
Western District.

April 29, 2003.